**2013–1719. State v. Shipley.**
Franklin App. No. 12AP–948, 2013-Ohio-4055. Reported at 138 Ohio St.3d 1415, 2014-Ohio-566, 3 N.E.3d 1217. On motion for reconsideration. Motion denied.

LANZINGER and O'NEILL, JJ., dissent.

**2013–1776. State v. Allen.**
Cuyahoga App. Nos. 99289 and 99191, 2013-Ohio-4188. Reported at 138 Ohio St.3d 1416, 2014-Ohio-566, 3 N.E.3d 1217. On motion for reconsideration. Motion granted. Discretionary appeal accepted; cause held for the decision in 2013–1973, *State v. Johnson,* 12th Dist. Butler No. CA2012–11–235, 2013-Ohio-4865; and briefing schedule stayed.

**2013–1778. In re Guardianship of S.H.**
Medina App. No. 13CA0066–M, 2013-Ohio-4380. Reported at 138 Ohio St.3d 1417, 2014-Ohio-566, 3 N.E.3d 1217. On motion for reconsideration. Motion denied.

O'DONNELL and O'NEILL, JJ., dissent.

**2013–1779. Amalgamated Transit Union, AFL–CIO, Local 697 v. Toledo Area Regional Transit Auth.**
Lucas App. No. L–12–1260, 2013-Ohio-4412. Reported at 138 Ohio St.3d 1417, 2014-Ohio-566, 3 N.E.3d 1218. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and O'NEILL, J., dissent.

**2013–1843. State v. Dilley.**
Cuyahoga App. No. 99680, 2013-Ohio-4480. Reported at 138 Ohio St.3d 1417, 2014-Ohio-566, 3 N.E.3d 1218. On motion for reconsideration. Motion denied.

**2013–1925. State ex rel. Parisi v. Heck.**
Montgomery App. No. 25709, 2013-Ohio-4948. Reported at ___ Ohio St.3d ___, 2014-Ohio-473, ___ N.E.3d ___. On motion for reconsideration. Motion denied.

O'NEILL, J., dissents.

**2013–1952. State ex rel. Wilson v. Fain.**
In Mandamus. Reported at 138 Ohio St.3d 1412, 2014-Ohio-566, 3 N.E.3d 1214. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*April 24, 2014*

[Cite as *04/24/2014 Case Announcements,* 2014-Ohio-1721.]

## MOTION AND PROCEDURAL RULINGS

**2013–0013. State v. Solomon.**
Hamilton App. No. C–120044, 2012-Ohio-5755. It is ordered by the court, sua sponte, that this case is no longer held for the decision in 2012–2136, *State v. Taylor,* 138 Ohio St.3d 194, 2014-Ohio-460, 5 N.E.3d 612. The case is now held for the decision in 2013–0403, *State v. Limoli,* 10th Dist. Franklin No. 11AP–924, 2012-Ohio-4502, and the briefing remains stayed.

**2013–0027. State v. Solomon.**
Hamilton App. No. C–120044, 2012-Ohio-5755. It is ordered by the court, sua sponte, that this case is no longer held for the decision in 2012–2136, *State v. Taylor,* 138 Ohio St.3d 194, 2014-Ohio-460, 5 N.E.3d 612. The case is now held for the decision in 2013–0403, *State v. Limoli,* 10th Dist. Franklin No. 11AP–924, 2012-Ohio-4502, and the briefing remains stayed.

**2013–0140. State v. Arnold.**
Montgomery App. No. 25044, 2012-Ohio-5786. It is ordered by the court, sua sponte, that this case is no longer held for the decision in 2012–2136, *State v. Taylor,* 138 Ohio St.3d 194, 2014-Ohio-460, 5